# Ballard Spahr
LLP

----------------------

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Martin C. Bryce, Jr.
Tel: 215.864.8238
Fax: 215.864.8999
bryce@ballardspahr.com

July 15, 2016

*By Electronic Filing*

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals, Second Cicuit

Re:     Strubel v. Comenity Bank, Docket No. 15-528

Dear Ms. Wolfe:

This firm represents Defendant-Appellee in the above captioned appeal. This letter is
submitted in response to Appellant's Rule 28(j) letter submitted July 6, 2016. (ECF No. 97).
Appellant submits the Eleventh Circuit's non-published and non-precedential decision in
*Church v. Accretive Health, Inc.,* No. 15-15708 (11th Cir. July 6, 2016). Appellee
respectfully submits that the Eleventh Circuit's decision has no bearing on the standing issue
before this Court for the following reasons.

First, as noted above, the decision is non-published and non-precedential. *See* Eleventh
Circuit Local Rule 36-2 ("Unpublished opinions are not considered binding precedent . . .").
Furthermore, even were it a published and precedential decision, it would not be binding
upon this Court.

Second, *Church* is readily distinguishable from the issue regarding standing before this
Court in the instant appeal. Primarily, unlike counsel in *Church,* Appellant's counsel in this
appeal during oral argument unequivocally admitted that Appellant had suffered no actual
injury as a result of Comenity's alleged violation of Truth-in-Lending Act ("TILA").

Moreover, *Church* involved a claim under the Fair Debt Collection Practices Act while this
matter involves a claim under the TILA. The conduct regulated by the FDCPA is not the
same conduct at issue in this case. In any event, unlike in *Church,* under the undisputed
facts of this case there can be no dispute that Appellant did not suffer any injury by way of

DMEAST #26379707 v1

Catherine O'Hagan Wolfe
July 15, 2016
Page 2

any conduct that Congress sought to address by way of the particular provisions of TILA at issue. *See* Appellee's Supplemental Brief (ECF No. 87) at pages 4-6.

Respectfully submitted,

Martin C. Bryce, Jr.

MCB/gpa

cc:     All Counsel of Record (Via ECF)